# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK MATHIS,** | : CIVIL ACTION |
| *Plaintiff*, | : |
| v. | : No. 18-4798 |
| **ATTORNEY FOR MRS. HINES, <u>ET AL.</u>,** | : |
| *Defendants*. | : |

AND NOW, this 29th day of November, 2018, upon consideration of *pro se* Plaintiff Derrick Mathis's renewed Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 6), Amended Complaint (Doc. No. 7), and Motion (Doc. No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Amended Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to amend the docket to reflect that the named Defendants are: (1) Wells Fargo Corp.; (2) Mrs. Jill Manuel-Coughlin; (3) Mr. Harry Reese; (4) Mrs. Leesa Whitt- Potter; and (5) Mrs. Deb Bender.

4. The Amended Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum.

5. Mathis is given leave to file a second amended complaint within thirty (30) days of the date of this order in the event he can state a plausible claim for relief against a proper defendant. If Mathis files a second amended complaint, he shall identify all the defendants in the caption of the second amended complaint and describe in detail the basis for his claims against each defendant. Any second amended complaint shall

include all of the claims that Mathis seeks to pursue in this action without relying on or referring to other pleadings or exhibits filed in this matter. Upon the filing of a second amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

6. The Clerk of Court is **DIRECTED** to send Mathis a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Mathis may use this form to prepare his second amended complaint.

7. Mathis's Motion (Doc. No. 3) is **DENIED**.

8. If Mathis fails to file a second amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

          **BY THE COURT:**

          **/s/ Mitchell S. Goldberg**

          _____
          **MITCHELL S. GOLDBERG, J.**